UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------- X
JKN Universe, LLC,                                      :
                                                        :      Civil Action No. CASENUMBER
                        Plaintiff,                      :
                                                        :
        -against-                                       :      COMPLAINT
                                                        :      JURY TRIAL DEMANDED
Omar Harfouch,                                          :
                                                        :
                        Defendant.                      :
                                                        :
------------------------------------------------------- X
```

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff JKN Universe, LLC ("MUO"), by counsel, for its complaint against defendant Omar Harfouch ("Harfouch"), alleges as follows:

## PRELIMINARY STATEMENT

1.      Harfouch was hired by MUO to perform certain services at the November 2025 Miss Universe pageant. He utterly failed to deliver those services and thereby breached the contract between the parties.

2.      More alarmingly, in addition to breaching the parties' contract, Harfouch has also embarked on a false and defamatory social media campaign designed entirely to smear and harm MUO and its personnel. His conduct is intentional, malicious, deceptive and widespread. As part of his campaign, Harfouch has, among other things, spread lies about the integrity of the Miss Universe pageant and personally attacked certain of MUO's personnel. Harfouch's attacks include posting to his social media doctored images of the Miss Universe winner together with Raúl Rocha (a board member of MUO's parent company) and a partially redacted copy of Mr. Rocha's passport.

3.      Harfouch's intent is to destroy MUO as an organization, tarnish and delegitimize its flagship pageants, and threaten the physical and personal safety of MUO's officers, employees, and contestants.  In so doing, he has caused significant reputational and economic harm to MUO, which is ongoing.  Accordingly, MUO now asserts causes of action against Harfouch for breach of contract and defamation.

## PARTIES

4.      MUO is a Delaware limited liability company with one member, JKN Legacy, Inc. JKN Legacy, Inc. is a Delaware corporation.

5.       Harfouch, upon information and belief, is an individual with dual citizenship of France and Lebanon.

## JURISDICTION AND VENUE

6.      This Court has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1332(a)(2) (diversity) because MUO is a citizen of a State, Harfouch is a citizen or subject of a foreign state, and the amount in controversy exceeds the sum or value of $75,000.

7.      This Court has personal jurisdiction because Harfouch consented to jurisdiction in this forum as set forth in Section 11 of an October 18, 2025 Performance Agreement ("Performance Agreement") with MUO.  A true and correct copy of the Performance Agreement is attached hereto as Exhibit 1.

8.      Venue is proper in this judicial district because the parties have agreed that New York is the "exclusive jurisdiction" for resolving disputes arising under or related to the Performance Agreement.  In the alternative, venue is proper in this judicial district because there is no other jurisdiction in which an action may otherwise be brought and defendant is subject to personal jurisdiction in this venue.  *See* 28 U.S.C. § 1391(b)(3).

## FACTUAL BACKGROUND

**A.    MUO and the Competition**

9.    MUO operates the annual "Miss Universe" competition, which is the most recognized international beauty pageant in the world.  The Miss Universe competition's popularity depends on MUO's reputation not only for the highest-quality contestants, but also for running the competition with integrity such that the viewing public can be assured the best contestant wins on her merits and her merits alone.

10.    MUO licenses the right to hold preliminary Miss Universe beauty pageants in a particular nation or territory (e.g., "Miss USA" or "Miss Universe Canada") to "National Directors."  Generally, the winners of these "National Pageants" are selected by their National Directors to compete in that year's Miss Universe competition.

11.    For its 2025 edition, the 74th Miss Universe competition ("Competition") was held in Bangkok, Thailand with its finale show on November 21, 2025.

12.    The Competition began with 120 contestants and took place over two rounds.

13.    The preliminary round cut the total field down to thirty contestants.  The preliminary round was held on November 19, 2025.

14.    The final round then cut the thirty contestants to a top twelve, then to a top five. The top five finalists were then ranked from fourth runner-up to the first-place winner.  The final round was held on November 21, 2025.

15.    During the Competition, the contestants competed in four segments: personal interview, national costume presentation, evening gown presentation, and swimsuit presentation.

16.    MUO established scoring procedures and judging criteria for the four different segments in which the contestants competed.

17.    MUO appointed a panel of judges, also known as a selection committee, to choose which contestants advanced in the Competition.

18.    Some judges on the selection committee only evaluated contestants in the preliminary round.  Some judges on the selection committee only evaluated contestants in the final round.

19.    All judges for the Competition agreed to follow the judging criteria established by MUO.  The judges also warranted that their evaluations of the contestants could be made fairly, objectively, and without bias.

20.    On November 21, 2025, the Competition judges chose Fátima Bosch Fernández, Miss Universe Mexico 2025, as the winner of the Competition.  She was chosen as the winner through the pre-established judging criteria and won her title fair and square.

21.    Separate from the Competition, MUO also operates a philanthropy program called "Beyond the Crown," a social impact initiative designed to promote leadership, service, education, health, inclusion, and meaningful support for charitable causes.

22.    Through Beyond the Crown, MUO would choose charitable causes to fund through donations.  Only contestants in the Competition were eligible to submit charitable causes for inclusion in Beyond the Crown.

23.    MUO used an entirely different panel of appointed judges to narrow and ultimately select the winning charitable cause.  The judges that selected the winning charitable cause were not the same as those that selected the winner of the Competition, Miss Universe.

24.    On November 21, 2025, the judges for Beyond the Crown selected Yanina Gómez, Miss Universe Paraguay 2025, as the winner.

B.      **Harfouch and The Performance Agreement**

25.     MUO and Harfouch entered into Performance Agreement on or about October 18,

2025.  *See* Exhibit 1.

26.     In the Performance Agreement, Harfouch agreed to serve two separate roles.  First,

Harfouch would perform an original piano composition at the Competition.  Second, Harfouch

would serve as a judge during the Competition.  *See* Performance Agreement § 1.2.

27.     The Performance Agreement gave MUO the full discretion to determine the scope

and extent of Harfouch's responsibilities as a judge—for example, whether to serve as a judge in

the preliminary round, or the final round, or both.  Given the fact that he would be performing

during the finale, MUO intended for Harfouch's judging responsibilities to be performed during

the preliminary round.

28.     Harfouch had no role in connection with Beyond the Crown.

29.     As a performer during the finale show, Harfouch agreed to "create and perform an

original work inspired by his Concerto for Peace, specially adapted to reflect the values and theme

of Miss Universe 74."  Performance Agreement § 2.1.

30.     Harfouch agreed to "cover all technical and logistical costs related to his

performance," including instruments, monitors, microphones, set-up, removal, and rehearsal.

Performance Agreement § 3.

31.     Harfouch also agreed to be "solely responsible for all personal and production-

related costs," including but not limited to any "Co-Music Director, arranger, or musicians."

Performance Agreement § 4.1.

32.     As a judge, Harfouch "acknowledge[d] that his participation as a Judge is subject

to [MUO's] official rules, scoring procedures, and final rulings, whether given verbally or in

writing." Performance Agreement § 7. Harfouch also agreed to "follow all judging criteria, instructions, and determinations as directed by MUO's authorized representatives." *Id.*

33.    The Performance Agreement is unambiguous as to the ultimate authority on recognizing the winners of the Competition. Harfouch agreed that "MUO retains the sole and final authority to determine judging results and outcomes and agrees that such decisions shall be final and binding." Performance Agreement § 7.3.

34.    In Section of the 8 of the Performance Agreement, Harfouch agreed not to disclose any "Confidential Information" without MUO's consent. Performance Agreement § 8.1. "Confidential Information" was defined to include, among other things, "confidential information concerning the Event, contestants, scoring process, production, broadcast plans, or other proprietary matters." Performance Agreement § 8.

### C.    Harfouch's Public Statements on Social Media

35.    On November 17, 2025, MUO announced to the public the judges for the Beyond the Crown Program.

36.    On November 18, 2025, just three days before the Competition's finale show, Harfouch posted on the social media platform Instagram (https://www.instagram.com/reel/DRNAeCCiR2o) with a caption stating that he was resigning as a judge from the Competition claiming "a *secret vote* was held to pre-select 30 contestants out of the 136. This vote was carried out by individuals who are *not official members of the jury*, [Harfouch] included." A true and correct copy of this post is attached hereto as Exhibit 2.

37.    Harfouch's statement was false. MUO promptly informed Harfouch that he was wrong, that there was no pre-selection of the top 30 contestants, and that the judging for Beyond the Crown was done by a separate selection committee that did not include Harfouch.

38.      Rather than publicly admit his error, Harfouch doubled down.  From November 18 to present, Harfouch has made a series of malicious, defamatory—and increasingly deranged—social media posts in an effort to discredit MUO and the Competition, culminating in serial posts that maliciously and falsely accused the MUO contest of being "rigged."

### 1.   *Defamatory Statements Claiming MUO Rigged the Competition for Ms. Bosch, Miss Universe Mexico*

39.      After November 18, 2025, Harfouch claimed that MUO pressured Competition judges or otherwise rigged the vote to select the ultimate winner, Ms. Bosch, Miss Universe Mexico.

40.      In an Instagram post made on or about November 20, 2025 (https://www.instagram.com/reel/DRTjkM9iByB), Harfouch stated that "Raul Rocha and his son [Mauricio Rocha] urged me, week ago in Dubai, to vote for #Fatima Bosh because they need her to winn [sic] 'because it will be good for our business' they said to me !"  A true and correct copy of this post is attached hereto as Exhibit 3.

41.      In the same post, Harfouch claimed that he also already made the same statement on HBO for a program that "will be showed [sic] in May 2026."

42.      In an Instagram made post on or about November 21, 2025 (https://www.instagram.com/reel/DRVkA2ikrHw), Harfouch claimed that "Mauricio Rocha told me as a jury member : if Miss Mexico win, 'it will be the best for our Buisness [sic].'"  A true and correct copy of this post is attached hereto as Exhibit 4.

43.      In the same November 21, 2025 post, Harfouch stated that he had "hours of recording conversations between Raul Rocha and me every time we met as I was suspicious about his public statements against Nawat [Itsaragrisil]."

44.    Harfouch and Mr. Rocha, a board member of MUO's parent company, met in Dubai in November 2025.  Recording conversations without consent is illegal in the United Arab Emirates.

45.    In an interview with a French-language media outlet posted on or about November 30, 2025 (https://www.instagram.com/iconiq_officiel/reel/DRsN62kgsCx/?hl=en and https://www.youtube.com/shorts/ArdC_lNB1b0), Harfouch claimed that, over lunch, Mr. Rocha told Harfouch "Everything is already organized for Miss Mexico, and that suits us because she's going to win, and you'll vote for her, won't you?" and that "for [Mr. Rocha's] business, it's important that she wins."

46.    Each of the statements made by Harfouch in Paragraphs 40 to 45 was false and defamatory.  Neither Mr. Rocha nor his son told Harfouch to vote for Ms. Bosch, nor that a win for Ms. Bosch would be good for business.  Harfouch published these statements knowing they were false.

47.    On or about November 21, 2025, Harfouch posted to his public Facebook page (https://www.facebook.com/OmarHarfouch/posts/do-you-know-who-these-people-are/1377739900387892/ and pasted below), a picture of Mr. Rocha digitally altered to include Ms. Bosch.

 **Omar Harfouch**
16h · 🌐

Do you know who these people are?



😄😮👍                    599 💬    281 ↗



48. The unaltered photo of Mr. Rocha (below) was publicly available on Instagram and did not include Ms. Bosch.



49. Upon information and belief, the doctored imaged used a source photo of Ms. Bosch (below) that was also publicly available on Instagram (https://www.instagram.com/p/C9LIYgfP3xD/) and did not include Mr. Rocha.



50.     Harfouch deliberately published his digitally doctored image Mr. Rocha and the 2025 Miss Universe in a calculated effort to bring discredit and shame on MUO.

51.     In a public Instagram post made on or about November 23, 2025 (https://www.instagram.com/reel/DRbPXbbiA2c), Harfouch stated that "The results for the Continental Miss titles and trophies were decided weeks in advance.  Raúl Rocha personally gave me the trophies in Dubai to carry in my luggage to Bangkok—because he feared being stopped by Thai authorities due to legal risks linked to fraud surrounding the purchase of the Miss Universe Organization."  A true and correct copy of this post is attached hereto as Exhibit 5.  Harfouch's statement that "The results for the Continental Miss titles and trophies were decided weeks in advance" is false.  Harfouch posted this statement knowing it was false or, at a minimum, with reckless disregard of whether it was false.

52.     In the image accompanying the post, Harfouch included a screenshot of a WhatsApp text exchange with an assistant to Mr. Rocha regarding Harfouch's transportation of trophies.  The image included the assistant's caution that the trophies Harfouch transported

"contain[] information about the winners and is very confidential," but Harfouch placed a caption over the text that the trophies were to be "ready for the preliminary event." *See* Exhibit 5. In other words, Harfouch omitted the indication that the trophies at issue were not for the winner or runners-up of the Competition. Harfouch's statement that he was asked to transport trophies because of fear of Thai authorities is false. Harfouch posted this statement knowing it was false or, at a minimum, with reckless disregard of whether it was false.

53.     While Harfouch transported MUO trophies from Dubai to Bangkok in advance of the Competition, these trophies were not for any judge-determined award, such as the winner or any runner-up of the Competition, which would be presented at the Competition's finale. Instead, the trophies were for awards chosen by MUO, such as best National Director and best National Pageant, that would be presented at a preliminary. Harfouch knew the trophies were not for any judge-determined award, but he nonetheless maliciously misled the public into thinking the winner of the Competition had already been decided.

## 2.     Threats toward MUO Judges, Partners, and Personnel

54.     In addition to his defamatory social media posts, Harfouch has also made statements implicitly or explicitly threatening MUO judges, partners, and personnel, including a board member of MUO's parent company.

55.     In a public Instagram post made on or about November 18, 2025 (https://www.instagram.com/reel/DROu7K7kth4), Harfouch called himself the "resigning member of Miss Univers [sic] international Jury" and posted a picture of the Competition judges, including the judge who filled the seat vacated by Harfouch. Harfouch concluded the post with the threat that there may be "indirect legal consequences" for future MUO judges: "Furthermore, I wish to *formally warn all past and current judges*, particularly those who replaced those of us who resigned, that *from this moment forward*, participation in the final jury of Miss Universe

may legally implicate them in an act of global-scale fraud. Now that this information has been made public, their involvement could be considered as *knowingly participating in a manipulated outcome*, and may carry *indirect legal consequences*".  A true and correct copy of this post is attached hereto as Exhibit 6.

56.     In a public Instagram post made on or about November 27, 2025 (https://www.instagram.com/omarharfouch/p/DRjG5eyCFAF), Harfouch referred to himself as the "only legitimate member of the original Miss Universe 2025 jury," and on that self-appointed authority "officially declare[d]" that (1) Ms. Bosch "crown is no longer valid" and she is disqualified from her title as winner of the Competition and (2) "[t]he removal of Mr. Raúl Rocha from his role as President of the Miss Universe Organization."  A true and correct copy of this post is attached hereto as Exhibit 7.

57.     Harfouch's malice toward MUO and Mr. Rocha has escalated since then.  On or about December 27, 2025, Harfouch posted to his public Instagram a copy of the passport of Mr. Rocha with some information redacted.

### D.    Damages Suffered by MUO

58.     As a result of Harfouch's conduct and statements, MUO has suffered economic damages, including damage to its business, brand, and reputation.

59.     In addition to resigning as judge, Harfouch did not perform at the Competition finale in Bangkok on November 21, 2025.

60.     As a result of Harfouch's breach of his musical performance obligation, MUO incurred costs finding and compensating a substitute performer on short notice.

61.     As a result of Harfouch's conduct and defamatory statements, MUO has incurred costs to rehabilitate its business, brand, and reputation, including costs to combat the false notion

that the Competition was rigged for Ms. Universe Mexico. To the extent they can presently be quantified, the costs are in the millions of dollars.

## FIRST CAUSE OF ACTION
### (Breach of Contract)

62.    MUO realleges and incorporates by reference the allegations set forth in the preceding paragraphs 1 to 61 as if fully rewritten herein.

63.    On or about October 18, 2025, MUO and Harfouch entered into the Performance Agreement (Exhibit 1).

64.    Under the Performance Agreement, Harfouch was obligated to, in pertinent part:

a.    "Create and perform an original work inspired by his Concerto for Peace, specially adapted to reflect the values and theme of Miss Universe 74" (§ 2.1);

b.    "[C]over all technical and logistical costs related to his performance," including instruments, monitors, microphones, set-up, removal, and rehearsal (§ 3);

c.    Be "responsible for all personal and production-related costs," including but not limited to any "Co-Music Director, arranger, or musicians" (§ 4.1);

d.    Serve as a finale show judge (§ 1.2);

e.    "[F]ollow all judging criteria, instructions, and determinations as directed by MUO's authorized representatives" (§ 7); and

f.    Respect MUO's "sole and final authority to determine judging results and outcomes" as "final and binding," (§ 7.3).

65.    MUO performed all of its obligations under the Performance Agreement except those conditions, covenants and obligations excused by Harfouch's breaches.

66.    Harfouch materially breached his obligations under the Performance Agreement by failing to perform at the finale show and by publishing defamatory statements purporting to contradict MUO's authority to crown Ms. Bosch as winner of the Competition.

67.     As a direct and proximate result of Harfouch's breaches, MUO has been damaged in an amount not yet ascertained and that is continuing, but that is in excess of $75,000.

## SECOND CAUSE OF ACTION
### (Defamation)

68.     MUO realleges and incorporates by reference the allegations set forth in the preceding paragraphs 1 to 67 as if fully rewritten herein.

69.     Harfouch published false statements about the integrity of MUO and the Miss Universe pageant.  Harfouch made, inter alia, the following false statements via social media available to third parties:

> a.     The selection committee for Beyond the Crown was a "secret entity . . . who eliminated 100 contestants" from the Competition;

> b.     "Raul Rocha and his son [Mauricio Rocha] urged [Harfouch], week ago in Dubai, to vote for #Fatima Bosh because they need her to winn [sic] 'because it will be good for our business' they said to me !";

> c.     "Mauricio Rocha told me as a jury member : if Miss Mexico win, 'it will be the best for our Buisness [sic].'";

> d.     That Mr. Rocha told Harfouch "Everything is already organized for Miss Mexico, and that suits us because she's going to win, and you'll vote for her, won't you?" and that "for [Mr. Rocha's] business, it's important that she wins.";

> e.     The digitally doctored image stating that Mr. Rocha was with the winner of the Competition, Ms. Bosch;

> f.     "The results for the Continental Miss titles and trophies were decided weeks in advance.  Raúl Rocha personally gave me the trophies in Dubai to carry in my luggage to Bangkok—because he feared being stopped by Thai authorities due to

legal risks linked to fraud surrounding the purchase of the Miss Universe Organization."

70.    Harfouch made these statements with knowledge that they were false, or at minimum, with reckless disregard of whether they were false.

71.    These statements injure the trade, business, or profession of MUO and have harmed MUO's reputation by imputing fraud.

72.    These statements were made with actual malice to harm MUO, including to tarnish and delegitimize its flagship pageants, which depend upon MUO's reputation for assuring the best contestant wins on her merits and her merits alone.

73.    As a direct and proximate result of Harfouch's defamations, MUO has been damaged in an amount not yet ascertained and that is continuing, but that is in excess of $75,000.

WHEREFORE, MUO prays for relief as follows:

a.    For compensatory monetary damages, in an amount to be proven at trial;

b.    That the Court issue an Order awarding all other relief the Court finds equitable and just, including but not limited to, costs, attorney fees, and pre- and post-judgement interest and costs; and

c.    For such other and further relief as the Court may deem just and proper.

## **DEMAND FOR JURY TRIAL**

Plaintiff JKN Universe, LLC hereby requests a trial by jury, pursuant to Rule 38 of the Federal Rules of Civil Procedure on all claims and issues so triable.

Dated: New York, NY
       January 13, 2026

Respectfully submitted,

SQUIRE PATTON BOGGS (US) LLP

By: */s/ Sean L. McGrane*
    Sean L. McGrane
    James M. Brennan, Bar No. 5779756*
    1120 Avenue of the Americas, 13th Floor
    New York, NY 10036
    +1 212 872 9805
    sean.mcgrane@squirepb.com
    james.brennan@squirepb.com

    John A. Burlingame**
    2550 M Street NW
    Washington, DC 20037
    +1 202 626 6871
    john.burlingame@squirepb.com

    Digna B. French**
    200 South Biscayne Blvd. Suite 3400
    Miami, FL 33131
    +1 305 577 7056
    digna.french@squirepb.com

    Attorneys for Plaintiff JKN Universe, LLC

    * Admission pending
    ***Pro hac vice* application forthcoming