# Exhibit 2

# Instagram

Log In    Sign Up



omarharfouch  • Follow
Original audio

omarharfouch   7w
*Statement regarding my resignation from the Miss Universe 2025 jury*

I have decided to resign from my role as a final judge at Miss Universe 2025, and I feel it is important to explain why.

*1.* Two days before the final, a *secret vote* was held to pre-select 30 contestants out of the 136. This vote was carried out by individuals who are *not official members of the jury*, myself included. To this day, no one knows who the selected 30 are, except one individual who holds the results. This same person is affiliated with a national organization of a participating country — which is a clear *conflict of interest*.

*2.* I could not stand before the public and television cameras, pretending to

        

9,858 likes

November 18, 2025

Log in to like or comment.

More posts from **omarharfouch**