

March 12, 2026

**VIA ECF**
Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re:  *JKN Universe, LLC v. Omar Harfouch,* Case No: 1:26-cv-00316-AT

Dear Judge Torres,

  This firm represents Defendant Omar Harfouch ("Defendant") in the above referenced matter. We write jointly with the consent of counsel, Sean L. McGrane, Esq. of Squire Patton Boggs (US) LLP, for Plaintiff, JKN Universe, LLC ("Plaintiff"), to respectfully request an adjournment of: (1) Defendant's time to answer or otherwise respond to the Complaint; and (2) the March 17, 2026 deadline to submit a joint letter and jointly proposed Case Management Plan and Scheduling Order (ECF 6).

  The adjournment request is to provide time for the parties to comply with Rule III.B of Your Honor's Individual Practices, requiring pre-motion letters prior to a motion to dismiss. As recently retained counsel, we contacted Plaintiff's counsel and indicated that Defendant is contemplating filing motions, including a motion to dismiss the Complaint for lack of merit and for being filed in the wrong court. Based on all counsel's availabilities, the parties jointly propose the following schedule:

  1.  Defendant will send Plaintiff a letter, pursuant to Rule III.B.ii, by March 23, 2026.

  2.  Plaintiff will send Defendant a letter, pursuant to Rule III.B.ii, by March 30, 2026.

  3.  If Defendant still wishes to file a motion to dismiss, Defendant will file a pre-motion letter with the Court, pursuant to Rule III.B.iii, by April 8, 2026. If not, Defendant shall file an Answer by April 24, 2026.

  4.  If Defendant files a pre-motion letter by April 8, 2026, Plaintiff shall file a letter in opposition, pursuant to Rule III.B.iii, by April 15, 2026.

  5.  If the parties do file pre-motion letters, and consistent with Rule III.B.iii, the parties agree that Defendant's time to answer or move to dismiss the Complaint will be stayed until further order of the Court.



6.      The parties propose to extend the deadline to file a joint letter and jointly proposed Case Management Plan and Scheduling Order pending Your Honor's directives following the Court's consideration of the anticipated pre-motion letters.  If no pre-motion letters are filed, the parties propose to extend that deadline to May 1, 2026.

The parties respectfully request that Your Honor grant the adjournment request and So Order the jointly proposed schedule.

Respectfully Submitted,

*/s/Peter Guirguis*
Peter Guirguis

**Mintz & Gold LLP**
600 Third Avenue, 25th Floor, New York NY 10016

O 212.696.4848  |  F 212.696.1231
mintzandgold.com