UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JKN Universe, LLC,

                          Plaintiff,

            -against-

Omar Harfouch,

                          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/20/2026_

26 Civ. 316 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Defendant's pre-motion letter seeking leave to file a motion to dismiss, and Plaintiff's opposition letter. ECF Nos. 14–15. Defendant's request is GRANTED. Accordingly:

1. By **May 18, 2026**, Defendant shall file his motion to dismiss.
2. By **June 15, 2026**, Plaintiff shall file its opposition.
3. By **July 6, 2026**, Defendant shall file his reply, if any.

    SO ORDERED.

Dated: April 20, 2026
        New York, New York

_____
ANALISA TORRES
United States District Judge