UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JKN Universe, LLC,

                    Plaintiff,

          -against-

Omar Harfouch,

                    Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/30/2026____
```

26 Civ. 316 (AT) (KHP)

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

ANALISA TORRES, District Judge:

          The above-entitled action is referred to the Honorable Katharine H. Parker for the following purposes:

| | | | | |
|---|---|---|---|---|
| ☒ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ☐ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) | |
| ☒ | Specific Non-Dispositive Motion/Dispute **ECF No. 17 (motion for discovery conference and to stay discovery)**_____ | ☐ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: | |
| ☐ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ☐ | Habeas Corpus | |
| ☐ | Settlement | ☐ | Social Security | |
| ☐ | Inquest After Default/Damages Hearing | ☐ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ | |

          SO ORDERED.

Dated:  April 30, 2026
          New York, New York

_____
ANALISA TORRES
United States District Judge