**STUMPHAUZER KOLAYA**
**NADLER & SLOMAN** PLLC

May 28, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____ 05/28/2026

The Honorable Katharine H. Parker
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 17D
New York, NY 10007-1312

**APPLICATION GRANTED:** The Case Management Conference in this matter scheduled for <u>Monday, June 1 2026, at 2:00 p.m.</u> is hereby converted to a telephonic proceeding. Counsel for the parties are directed to call Judge Parker's teleconference line at the scheduled time. Please dial **(646)-453-4442, conference ID 456 084 078#.**

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

05/28/2026

Re:    *JKN Universe, LLC v. Omar Harfouch Case No. 1:26-cv-00316-AT*

Dear Magistrate Judge Parker,

On behalf of Plaintiff, JKN Universe, LLC, the Undersigned is writing to request permission to appear by teleconference at the Case Management Conference set for June 1, 2026, at 2:00 p.m. I have recently appeared in this case and had a preplanned vacation out of state prior to filing my notice of substitution.

Accordingly, the Undersigned respectfully requests that this Honorable Court allow the Undersigned to appear by teleconference for the Case Management Conference set on June 1, 2026.

Dated: May 28, 2026

Respectfully submitted,

**STUMPHAUZER KOLAYA**
**NADLER & SLOMAN, PLLC**

*/s/ Michael B. Nadler*
Michael B. Nadler, Esq.
mnadler@sknlaw.com
Two South Biscayne Boulevard,
Suite 1600
Miami, FL 33131
Phone: (305) 614-1400