UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____6/1/2026___
```

| | |
|---|---|
| JKN UNIVERSE, LLC. | |
| Plaintiff, | **ORDER** |
| -against- | **26-CV-316 (AT)(KHP)** |
| OMAR HARFOUCH., | |
| Defendant. | |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On April 29, 2026, the Defendant filed a letter motion requesting that discovery be stayed.  On June 1, 2026, the Parties in the above-captioned case appeared telephonically before the undersigned for a Case Management Conference, and Plaintiff stated that they did not object to Defendant's request for a stay.  Based on the following, the request is GRANTED.  However, the Parties are directed to exchange initial disclosures by **July 1, 2026**.

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, a district court may stay discovery upon a showing of "good cause."  *Thrower v. Pozzi*, No. No. 99 Civ. 5871, 2002 WL 91612 at *7 (S.D.N.Y. Jan. 24, 2002).  Courts in this district have held "that a stay of discovery is appropriate pending resolution of a potentially dispositive motion where the motion 'appear[s] to have substantial grounds' or, stated another way, 'do[es] not appear to be without foundation in law.'" *In re Currency Conversion Fee Antitrust Litigation,* No. MDL 1409, M21-95, 2002 WL 88278, at *1 (S.D.N.Y. Jan. 22, 2002) (*quoting Chrysler Capital Corp. v. Century Power Corp.,* 137 F.R.D. 209, 209–10 (S.D.N.Y. 1991)).  Given the pending motion to dismiss, discovery is stayed.

**SO ORDERED.**

Dated:   June 1, 2026
         New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge