UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____6/22/2026
```

| | |
|---|---|
| JKN UNIVERSE, LLC. | |
| Plaintiff, | **ORDER** |
| -against- | **26-CV-316 (AT)(KHP)** |
| OMAR HARFOUCH., | |
| Defendant. | |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Court is in receipt of Plaintiff's letter motion dated June 18, 2026, requesting an extension to file its Opposition to Defendant's motion to dismiss.  Insofar as the undersigned is referred for General Pretrial Requests, including scheduling and non-dispositive pretrial motions, such requests should be addressed to the undersigned.  Plaintiff's request is GRANTED.  Plaintiff's Opposition is due by **June 26, 2026**.  Defendant's Reply, if any, is due by **July 17, 2026**.

**SO ORDERED.**

Dated:    June 22, 2026
          New York, New York

KATHARINE H. PARKER
United States Magistrate Judge