USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JKN UNIVERSE, LLC.

Plaintiff,

-against-

OMAR HARFOUCH.,

Defendant.

**ORDER**

**26-CV-316 (AT)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Court is in receipt of Defendant's letter that raises several concerning questions regarding Plaintiff's citizenship and the Court's ability to exercise subject matter jurisdiction. Insofar as the letter raises serious concerns about whether this Court has subject matter jurisdiction over this matter, the Court orders that the parties engage in expedited jurisdictional discovery over the next thirty days. Plaintiff shall produce documentation establishing the members of its LLC and their respective citizenship by no later than **September 16, 2026**. If requested by Defendant, Plaintiff also shall make available a 30(b)(6) witness for a limited deposition on the issue of its membership and their citizenship. Plaintiff must make a witness available within the next 30 days and the deposition will be limited to 2 hours and may be conducted by video. By **September 20, 2026**, Defendant shall file a letter with the Court informing the Court whether it still has concerns about subject matter jurisdiction and wishes to file a motion to dismiss for lack of subject matter jurisdiction. The order terminates that letter at ECF No. 49.

**SO ORDERED.**

Dated: August 17, 2026
New York, New York

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge