UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/19/2026

JKN UNIVERSE, LLC.

Plaintiff,

-against-

OMAR HARFOUCH.,

Defendant.

**ORDER**

**26-CV-316 (AT)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Court is in receipt of Defendant's and Plaintiff's letters that raise several disputes regarding jurisdictional discovery. Further, Defendant has failed to comply with this Court's Individual Practices regarding the procedure for raising a dispute. The Court will address any outstanding disputes at the upcoming conference.

The Parties are reminded of their duty under the Federal Rules of Civil Procedure and this Court's individual rules to continue to meet and confer to resolve disputes without the Court's involvement. To the extent the parties require a protective order to facilitate the exchange of confidential information, the Parties shall use the undersigned's model.

**SO ORDERED.**

Dated: October 19, 2026
New York, New York

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge