USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/5/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JKN UNIVERSE, LLC.

Plaintiff,

-against-

OMAR HARFOUCH.,

Defendant.

**ORDER ADJOURNING CASE MANAGEMENT CONFERENCE**

**26-CV-316 (AT)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

In light of the Notice of Voluntary Dismissal filed on November 5, 2026 (doc. no 60) the Case Management Conference currently scheduled for **November 9, 2026,** is hereby adjourned *sine die*.

**SO ORDERED.**

Dated: November 5, 2026
New York, New York

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge